IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 15-mj-982 |
| NAYEEM GORDON | : | |

ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the United States of America.

ZANE DAVID MEMEGER
UNITED STATES ATTORNEY


/s/ MaryTeresa Soltis
MARYTERESA SOLTIS
Assistant United States Attorney