**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| v. | **NO. 15-496-1** |
| **NAYEEM GORDON** | |

### O R D E R

**AND NOW**, this 24th day of August, 2020, upon consideration of Defendant's *pro se* motion for compassionate release (ECF 1012) and the Government's Response thereto (ECF 1016), **IT IS ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**