Dear, Honerable Judge, 1/7/2020
Wendy Beetlestone, I'm writting you to let you no that I have a motion in and you gave the goverment a continuence to respond so they have until Jan 15.2020 I'm on corrtion been on here since Dec.29, 2020 they said I might be on here for at least 14 to 21 days I'm getting transferr to my jail once I get there I will have to Coarntion agin for 14 to 21 days I don't have access to the computer and I come out for 30 mins. 3 times a week 15 mins. for shower 15 mins. Phone call so if my motion is denied I'm going to need at least to mid march to respone on appeal, by that time I should be in population and have my property thank you very much I also put a motion in to stay, but I'm being moved.

Nayeem K. Gordon



Nayeem K. Gordon #78403-066
Federal Detention Center of Philadelphia
P.O. Box 562
Phila, PA 19105

PHILADELPHIA PA 190
11 JAN 2021 PM 6 L
Philadelphia

U.S.M.S.
X-RAY

Clerk of Courts
United States District Court
United States Courthouse
601 Market Street
Phila, PA 19106

19106-179659