# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> v. : <br> : <br> NAYEEM GORDON : <br> : <br> : <br> : <br> : | CIVIL ACTION <br><br> No. 15-cr-00496-1-WB |

## ORDER

AND NOW this 28th day of January, 2021, upon consideration of defendant Nayeem Gordon's letter to the Court filed on January 13, 2021 (Doc. No. 1058) advising that he would be quarantined for some period of time due to a move to a new prison, it is ORDERED that defendant Gordon shall have until Monday, February 22, 2021 to file a reply to the Government's response to Gordon's motion to vacate his sentence pursuant to § 2255.

SO ORDERED.

                                                          BY THE COURT:

                                                          */s Richard A. Lloret*_____  
                                                          **HON. RICHARD A. LLORET**  
                                                          **United States Magistrate Judge**