IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 15-496 |
| v. | |
| NAYEEM GORDON | CIVIL ACTION NO. 20-5480 |

### ORDER OF REPORT AND RECOMMENDATION

**AND NOW**, this 5th Day of March, 2021, upon consideration of the Defendant's *pro se* motion to Stay (ECF 1038), **IT IS HEREBY ORDERED** that the motion is **DENIED.**[1]

BY THE COURT:

*/s/ Wendy Beetlestone*

**WENDY BEETLESTONE, J.**

---

[1] Defendant's Motion Vacate/Set Aside/Correct Sentence under 28 U.S.C. § 2255 (ECF 1037) has been referred to the Honorable Magistrate Judge Richard A. Lloret for a report and recommendation (ECF 1061).