NAYEEM GORDON  
Reg. No. 72403-066  
FCI MCKEAN  
FEDERAL CORR. INSTITUTION  
P.O. BOX 8000  
BRADFORD, PA 16701

Office of the Clerk  
U. S. District Court  
For the Eastern District of Pennsylvania  
Philadelphia Division  
601 Market Street  
Philadelphia, PA 19106  

      RE:   *Gordon v. United States*  
             No. 15-cr-00496-WB  

To the Clerk of the Court:

    Enclosed please find and accept for filing Defendant's Motion for Extension of Time to File Objections to the Report and Recommendation. Please submit this motion to the Court.

    Thank you for your assistance in this matter.

Sincerely,

/s/ Nayeem Gordon  
NAYEEM GORDON  
Appearing *Pro Se*

RECEIVED JUL -6 2021

*Encls. as noted*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Petitioner, | : |
| v. | : |
| NAYEEM GORDON, | : No. 15-cr-00496-WB |
| Respondents. | : |

## MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION

COMES Petitioner, Nayeem Gordon ("Gordon"), appearing *pro se*, and files his Motion for Extension of Time to File Objections to Report and Recommendation, and would show as follows:

### I. Preliminary Statement

As a preliminary matter, Gordon respectfully requests that this Court be mindful that *pro se* pleadings are held to a less stringent standard than pleadings drafted by attorneys and will, therefore, be liberally construed. See *United States v. Otero*, 502 F.3d 331, 334 (3d Cir. 2007); *Estelle v. Gamble*, 429 U.S. 97, 106 (1976) (same); and *Haines v. Kerner*, 404 U.S. 519, 520 (1972) (same).

### II. Reason for Extension

Due to the Covid-19 pandemic, the law library on the FCI Mckean compound has had very limited access for inmates. Especially in light of the July 4, 2021 Holiday this coming weekend. As such, Gordon has just received the detailed and cumbersome thirty-four (34) page Report and Recommendation ("R & R") of the United States Magistrate Judge. Because of the length of the R & R and his limited access to the law library, he seeks a thirty (30) day extension of time, up to and including July 28, 2021, in which to file his Objections to the R & R.

WHEREFORE, premises considered, Gordon prays that this motion be granted and that the Objections to the R & R be filed on or before July 28, 2021.

Respectfully submitted,

*Nayeem Gordon*
NAYEEM GORDON
Reg. No. 72403-066
FCI MCKEAN
FEDERAL CORR. INSTITUTION
P.O. BOX 8000
BRADFORD, PA 16701

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2021, a true and correct copy of the above and foregoing Motion for Extension of Time to File Objections to the Report and Recommendation were sent via U. S. First Class Mail, postage prepaid, to MaryTeresa Soltis, Assistant U. S. Attorney at U. S. Attorney's Office, 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476.

*Nayeem Gordon*
NAYEEM GORDON



US POSTAGE PAID
$7.95
Origin: 77070
06/29/21
4800420059-05

PRIORITY MAIL 2-DAY®
0 Lb 1.70 Oz
1006

EXPECTED DELIVERY DAY: 07/03/21
C019

SHIP TO:
601 MARKET ST
Philadelphia PA 19106-1729

USPS TRACKING® #
9505 5104 4804 1180 5894 90

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

PS00001000014
EP14F May 2020
OD: 12 1/2 x 9 1/2

FROM:
NAYEEM GORDON
Reg. No. 72403-066
FCI MCKEAN
FEDERAL CORR. INSTITUTION
P.O. BOX 8000
BRADFORD, PA  16701

TO:
Office of the Clerk
U. S. District Court
For the Eastern District of Pennsylvania
Philadelphia Division
601 Market Street
Philadelphia, PA 19106



RECEIVED JUL – 2021