IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>NAYEEM GORDON,<br>Defendant. | CRIMINAL ACTION<br><br><br><br>NO.  15-00496 |

# O R D E R

**AND NOW**, this 8th day of April, 2022, upon consideration of *pro se* Petitioner Nayeem Gordon's Motion to Proceed In Forma Pauperis (ECF No. 1110), and Motion to Reduce his Sentence (ECF No. 1117), **IT IS HEREBY ORDERED:**

1. Gordon's Motion to Reduce his Sentence is **DENIED**.

2. Gordon's Motion for Leave to Proceed *in forma pauperis* is **DENIED.**[1]

BY THE COURT:


*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**

---

[1] Gordon is a prisoner incarcerated at Federal Correctional Institution in McKean, Pennsylvania.  Pursuant to the federal *in forma pauperis statute*, 28 U.S.C. § 1915, a prisoner must provide a certified copy of their prison trust account statement reflecting the six-month period prior to the filing of the complaint along with their application. *See* 28 U.S.C. §§ 1915(a)(2), (b)(1)-(b)(2).  Gordon's prison account indicates that he has had, on average, over $2,000 in funds available in his account.  Having reviewed Banks's financial circumstances, the Court concludes that he can afford to pay the applicable fees.  *See Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948) (noting that while one need not be "absolutely destitute" to be granted *in forma pauperis* status, he or she must, because of his or her poverty, be unable to pay the fee).