IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 15-496-1 |
| NAYEEM GORDON | |

**O R D E R**

**AND NOW**, this 29th day of January, 2025, upon consideration of Defendant Gordon's Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (ECF No. 1223) and the United States of America's Response thereto (ECF No. 1227), **IT IS HEREBY ORDERED** that the Defendant's Motion is **DENIED**.

BY THE COURT:

S/ WENDY BEETLESTONE

_____
**WENDY BEETLESTONE, J.**